No. 14,267.

BLACKETT *v.* THE PEOPLE.
(80 P. [2d] 1119)

Decided May 23, 1938.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Bouck not participating.

Mr. HENLEY A. CALVERT, for plaintiff in error.

Mr. BYRON G. ROGERS, Attorney General, MR. REID WILLIAMS, Assistant, for the people.